# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

LADONNA F. MENIFEE                                                              PLAINTIFF

v.                                    CASE NO.  5:20-CV-5039

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                  DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc.16) from Chief United States Magistrate Judge Erin L. Wiedemann.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered accordingly.

**IT IS SO ORDERED** this October 30, 2020.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE