IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LADONNA F. MENIFEE                                                                           PLAINTIFF

v.                                    CIVIL CASE NO. 20-5039

ANDREW M. SAUL, Commissioner
Social Security Administration                                                               DEFENDANT

## O R D E R

On this 28th day of January, 2021, the Court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 19). For reasons set forth in the Report and Recommendation filed by the Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas, on January 27, 2021, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards Plaintiff's attorney fees in the amount of $3,985.50, representing 18.20 attorney hours of work at a rate of $202.50 per hour, and 4.00 paralegal hours of work at a rate of $75.00 per hour. This amount shall be paid in addition to, and not out of, any past-due benefits Plaintiff may be awarded in the future.

IT IS SO ORDERED this January 28, 2021.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE